# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

### INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **M 11-1246**

2) Defendant's Name: _Morgan_ _Mitch_
   (Last)            (First)            (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:__Yes ___No    Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held:____✓____Yes _____No    Date/Time: _12|19|11_

10) Detention Hearing Held:____ Bail set at:_____ ROR Entered:____ POD Entered:_✓_

11) Temporary Order of Detention Entered:____ Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived:____✓____

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY: _Jessica Reid_

14) DEFENSE COUNSEL'S NAME: _Michael Padden_
    Address:_____
    Bar Code:_____ CJA:__ FDNY:_✓_ RET:___
    Telephone Number:(___)_____

15) LOG #:_( 3:00 - 3:04 )_ MAG. JUDGE: _Robert M. Levy_

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    _____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    _____Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____
_____
_____
_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE